**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| SLF HOLDINGS, LLC, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 19-0333-KD-C |
| UNITI FIBER HOLDINGS INC., et al., | : | |
| Defendants. | | |

## **ORDER**

This action is before the Court on Defendant John P. Fletcher's Motion to Dismiss Plaintiff's Complaint for Lack of Jurisdiction, filed on September 20, 2019 (Doc. 48), and on Defendants Kenneth Gunderman, Uniti Fiber Holdings, Inc., and Uniti Group, Inc.'s, Motion to Dismiss the Complaint, also filed on September 20, 2019 (Doc. 50).

It is **ORDERED** that Plaintiff shall file its responses to these motions no later than **October 7, 2019**.  Any reply briefs to Plaintiff's responses shall be filed no later than **October 15, 2019**.  The motions will be taken under submission on **October 16, 2019.**

**DONE** and **ORDERED** this 23rd day of September 2019.


s/William E. Cassady
**UNITED STATES MAGISTRATE JUDGE**